IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICK G. STALLINGS,

        Petitioner,

vs.                                                                                                      No. CIV 20-0014 JB\KBM

DWAYNE SANTISTEVAN and the
ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

        Respondents.

## MEMORANDUM OPINION AND ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court on the Petitioner's Motion to Proceed In Forma Pauperis, filed January 6, 2020 (Doc. 2)("Motion"). Petitioner Rick G. Stallings seeks to prosecute his 28 U.S.C. § 2254 habeas action without prepaying the $5.00 filing fee. The Court may only grant such relief where an inmate's "affidavit [and] . . . statement of . . . assets [demonstrates] that the [inmate] is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Stallings does not qualify under that test. His financial statement reflects that he has $31.34 in his inmate spending account. See Motion at 3. The Court will therefore deny the Motion, and Stallings must pay the $5.00 filing fee within thirty days of entry of this Order. Failure to timely comply will result in the dismissal of this action without further notice.

**IT IS ORDERED** that: (i) the Motion to Proceed In Forma Pauperis, filed January 6, 2020 (Doc. 2), is denied; and (ii) the Petitioner must submit the $5.00 filing fee within thirty days from entry of this Order.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

*Parties*:

Rick Stallings, # 34234
Hobbs, New Mexico

    *Pro se petitioner*