# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

RICK G. STALLINGS,

    Petitioner,

vs.                                                                                    No. CIV 20-0014 JB/KBM

DWAYNE SANTISTEVAL and
ATTORNEY GENERAL OF THE STAE OF
NEW MEXICO,

    Respondents.

## FINAL JUDGMENT

Pursuant to the Memorandum and Order, filed June 30, 2021 (Doc. 16), the Court enters this final judgment under rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED:** (i) the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, filed January 6, 2020 (Doc. 1) is denied; (ii) this case is dismissed with prejudice; (iii) a Certificate of Appealability is denied; and (iv) Final Judgment is entered.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Rick G. Stallings
Hobbs, New Mexico

    *Petitioner pro se*

Jane Bernstein
Assistant Attorney General
Office of the New Mexico Attorney General

>*Attorneys for the Defendants Santistevan and Attorney General of the State of New Mexico*